1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **FOR THE DISTRICT OF ARIZONA**

10 | **LORENA MELL**,                          ) Case No. 2:08-cv-01950-SRB
11 |                                           )
   | Plaintiff,                                ) **ORDER**
12 |                                           )
   |      vs.                                  )
13 |                                           )
14 | **NCO FINANCIAL SYSTEMS, INC.**           )
   |                                           )
15 | Defendant.                                )
16 |                                           )

17
        IT IS HEREBY ORDERED that the parties' request to dismiss this case with
18
   prejudice is hereby granted.
19

20
        **Dated this 5th day of January, 2009.**
21

22

23

24

25                    *[signature]*
                      Susan R. Bolton
26                    United States District Judge

27

28